UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andrew David Lee,  Civil No. 07-MC-61 (JNE/SRN)

    Petitioner,

v.  ORDER

State of Minnesota, County of Steele,
G. Meiners, C. Christain, J. Bueltel,
D. Ruth, C. Harmon, D. Johnson,
A. Guzman, M. Dahlin, G. Ringhofer,
Does, Moes, and Roes,

    Respondents.

This case is before the Court on a Report and Recommendation issued by the Honorable Susan Richard Nelson, United States Magistrate Judge, on April 11, 2008. The magistrate judge recommended that this matter be dismissed without prejudice. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Petitioner's Petition for Review of Records [Docket No. 11] is DENIED.

2. This case is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 8, 2008

                                                  s/ Joan N. Ericksen
                                                  JOAN N. ERICKSEN
                                                  United States District Judge